# EXHIBIT A

1. Aarthun Performance Group LTD Health Plan (the "Aarthun Plan")

2. Accenture United States Group Health Plan (the "Accenture Plan")

3. ADP Totalsource, Inc. Health and Welfare Plan (the "ADP Plan")

4. Agility Recovery Solutions, Inc. Health and Welfare Plan (the "ARS Plan")

5. Alight Solutions LLC Health and Welfare Plan (the "Alight Plan")

6. American Air Liquide Holdings Inc. Health Plan (the "AALH Plan")

7. American International Group, Inc. Medical Plan (the "AIG Plan")

8. Aramco U.S. Welfare Benefit Plan (the "Aramco Plan")

9. Arkema Inc. Health Plan (the "Arkema Plan")

10. Astrazeneca Health and Welfare Plan (the "AstraZeneca Plan")

11. C. V. Starr & Co. Health Plan (the "Starr Plan")

12. Catholic Health Initiatives Master Trust (the "Catholic Plan")

13. Cemex, Inc. Welfare Benefit Plan (the "Cemex Plan")

14. Citigroup Health Benefits Plan (the "Citigroup Plan")

15. The Collabera Inc. Health and Welfare Plan (the "Collabera Plan")

16. Costco Employee Benefits Program (the "Costco Plan")

17. Cox Enterprises, Inc. Welfare Benefit Plan (the "Cox Plan")

18. CVS Health Welfare Benefits Plan (the "CVS Plan")

19. Decypher Technologies Employee Benefits Plan (the "Decypher Plan")

20. Deloitte LLP Group Insurance Plan (the "Deloitte Plan")

21. Educational Testing Service Welfare Benefits Plan (the "ETS Plan")

22. Enercon Services, Inc. Employee Health & Welfare Benefit Plan (the "Enercon Plan")

23. Entergy Corporation Companies Bargaining Employee Welfare Benefit Trust (the "Entergy Plan")

24. Exxon Mobil Medical Plan (the "Exxon Plan")

25. Fidelity National Financial, Inc. Welfare Plan (the "Fidelity Plan")

26. First Community Bancshares, Inc. Employee Benefit Plan (the "FCB Plan")

27. GE Global Health Plan (the "GE Plan")

28. Group Health and Welfare Plan (the "Amazon Plan")

29. Group Welfare Plan for Quest Diagnostics Incorporated (the "Quest Plan")

30. GT Services LLC Medical Insurance (the "GT Plan")

31. HCA Health and Welfare Benefits Plan (the "HCA Plan")

32. Hilton Worldwide Health Plan (the "Hilton Plan")

33. Huntsman Corporation Employee Benefit Plan (the "Huntsman Plan")

34. Indorama Ventures Oxides LLC Welfare Benefits Plan (the "IVO Plan")

35. Infosys BPM Limited Health Plan (the "Infosys Plan")

36. Inframark, LLC Welfare Benefit Plan (the "Inframark Plan")

37. International Cellulose Corporation Health Plan (the "ICC Plan")

38. Invesco Health Plan (the "Invesco Plan")

39. IQVIA Inc. Health Plan (the "Iqvia Plan")

40. KPMG LLP Health Plans (the "KPMG Plan")

41. Lawler Foods LTD Health & Welfare Plan (the "Lawler Plan")

42. Leidos Employee Health and Welfare Benefits Plan (the "Leidos Plan")

43. Linde Comprehensive Welfare Benefit Plan (the "Linde Plan")

44. Lockheed Martin Corporation Basic Benefit Plan for Hourly Employees (the "Lockheed Plan")

45. LyondellBasell Group Welfare Benefits Plan (the "Lyondell Plan")

46. Magellan Health & Welfare Plan (the "Magellan Plan")

47. Mann Eye Center PA Health and Welfare Plan (the Mann Plan")

48. Mccombs Enterprises Health Plan (the "Mccombs Plan")

49. Memorial Hermann Health System Flexible Benefit Plan (the "Memorial Plan")

50. Mitsubishi Electric Trane HVAC US LLC Health & Welfare Plan (the "Mitsubishi Plan")

51. Nustar Omnibus Welfare Plan (the "Nustar Plan")

52. Occidental Petroleum Corporation Welfare Plan (the "Occidental Plan")

53. Opko Health Inc. Health and Welfare Plan (the "Opko Plan")

54. Oprona, Inc. dba Rosen USA, Inc. (the "Rosen Plan")

55. Paychex Business Solutions LLC Employee Benefit Plan (the "Paychex Plan")

56. R & L Carriers Group Benefits Plan (the "R & L Plan")

57. Repsol USA Holdings Corporation Welfare Plan (the "Repsol Plan")

58. Restated Zions Bancorp Employee and Retiree Welfare Benefit Plan (the "Zions Plan")

59. Salesforce.com Health and Welfare Plan (the "Salesforce Plan")

60. SAP American Health & Welfare Plan (the "SAP Plan")

61. SHI International Corp. Health and Welfare Plan (the "SHI Plan")

62. Snap-On Incorporated Non-Union Retiree Health and Welfare Benefit Plan (the "Snap-On Plan")

63. Technology Services Group, LLC Employee Benefits Plan (the "TSG Plan")

64. Tetra Tech, Inc. Fully Insured HMO Benefit Plan (the "Tetra Plan")

65. The Friedkin Group Welfare Benefits Plan (the "Friedkin Plan")

66. The Iron Mountain Companies Welfare Plan (the "Iron Plan")

67. T-Mobile USA, Inc. Employee Benefit Plan (the "T-Mobile Plan")

68. Torque Tools Inc Health Plan (the "Torque Plan")

69. Transwestern Commercial Services Comprehensive Health and Welfare Benefit Plan (the "Transwestern Plan")

70. Trinet Group, Inc. (the "Trinet Plan")

71. Trinity University Welfare Benefit Plan (the "Trinity Plan")

72. United Airlines Consolidated Welfare Benefit Plan (the "United Plan")

73. UPS Health and Welfare Plan (the "UPS Plan")

74. Walmart Inc. Associates Health and Welfare Plan (the "Walmart Plan")

75. William Marsh Rice University Health and Welfare Plan (the "WMRU Plan")

76. Wyndham Hotels & Resorts Health and Welfare Plan (the "Wyndham Plan")