# EXHIBIT B

1. Aarthun Performance Group LTD, the employer plan fiduciary for the Aarthun Plan.

2. Accenture LLP, the employer plan fiduciary for the Accenture Plan.

3. ADP Totalsource, Inc., the employer plan fiduciary for the ADP Plan.

4. Agility Recovery Solutions, Inc., the employer plan fiduciary for the ARS Plan.

5. Alight Solutions LLC., the employer plan fiduciary for the Alight Plan.

6. American Air Liquide Holdings Inc., the employer plan fiduciary for the AALH Plan.

7. American International Group, Inc., the employer plan fiduciary for the AIG Plan.

8. Aramco Shared Benefit Company, the employer plan fiduciary Aramco Plan.

9. Arkema Inc., the employer plan fiduciary for the Arkema Plan.

10. Astrazeneca Pharmaceuticals LP, the employer plan fiduciary for the AstraZeneca Plan.

11. C. V. Starr & Co. Inc., the employer plan fiduciary for the Starr Plan.

12. Commonspirit Health, the employer plan fiduciary for the Catholic Plan.

13. Cemex, Inc., the employer plan fiduciary for the Cemex Plan.

14. Citigroup Inc., the employer plan fiduciary for the Citigroup Plan.

15. The Collabera Inc., the employer plan fiduciary for the Collabera Plan.

16. Costco Wholesale Corporation, the employer plan fiduciary for the Costco Plan.

17. Cox Enterprises, Inc., the employer plan fiduciary for the Cox Plan.

18. CVS Pharmacy, Inc. the employer plan fiduciary for the CVS Plan.

19. Decypher Technologies, Ltd., the employer plan fiduciary for the Decypher Plan.

20. Deloitte LLP., the employer plan fiduciary for the Deloitte Plan.

21. Educational Testing Service, the employer plan fiduciary for the ETS Plan.

22. Enercon Services, Inc., the employer plan fiduciary for the Enercon Plan.

23. Entergy Corporation, the employer plan fiduciary for the Entergy Plan.

24. Exxon Mobil Corporation, the employer plan fiduciary for the Exxon Plan.

25. Fidelity National Financial, Inc., the employer plan fiduciary for the Fidelity Plan.

26. First Community Bancshares, Inc., the employer plan fiduciary for the FCB Plan.

27. General Electric Company, the employer plan fiduciary for the GE Plan.

28. Amazon.com Services, LLC, the employer plan fiduciary for the Amazon Plan.

29. Quest Diagnostic Incorporated, the employer plan fiduciary for the Quest Plan.

30. GT Services LLC., the employer plan fiduciary for the GT Plan.

31. HCA Inc., the employer plan fiduciary for the HCA Plan.

32. Hilton Worldwide Holdings, Inc. the employer plan fiduciary for the Hilton Plan.

33. Huntsman International LLC., the employer plan fiduciary for the Huntsman Plan.

34. Indorama Ventures Oxides LLC., the employer plan fiduciary for the IVO Plan.

35. Infosys BPM Limited, the employer plan fiduciary for the Infosys Plan.

36. Inframark, LLC., the employer plan fiduciary for the Inframark Plan.

37. International Cellulose Corporation, the employer plan fiduciary for the ICC Plan.

38. Invesco Trust Company, the employer plan fiduciary for the Invesco Plan.

39. IQVIA Inc., the employer plan fiduciary for the IQVIA Plan.

40. KPMG LLP., the employer plan fiduciary for the KPMG Plan.

41. Lawler Foods LTD, the employer plan fiduciary for the Lawler Plan.

42. Leidos, Inc., the employer plan fiduciary for the Leidos Plan.

43. Linde Inc., the employer plan fiduciary for the Linde Plan.

44. Lockheed Martin Corporation, the employer plan fiduciary for the Lockheed Plan.

45. Lyondell Chemical Company, the employer plan fiduciary for the Lyondell Plan.

46. Magellan Midstream Holdings GP, LLC., the employer plan fiduciary for the Magellan Plan.

47. Mann Eye Center PA, the employer plan fiduciary for the Mann Plan.

48. Mccombs Enterprises Inc., the employer plan fiduciary for the Mccombs Plan.

49. Memorial Hermann Health System, the employer plan fiduciary for the Memorial Plan.

50. Mitsubishi Electric Trane HVAC US LLC., the employer plan fiduciary for the Mitsubishi Plan.

51. Nustar Services Company LLC, the employer plan fiduciary for the Nustar Plan.

52. Occidental Petroleum Corporation, the employer plan fiduciary for the Occidental Plan.

53. Opko Health Inc., the employer plan fiduciary for the Opko Plan.

54. Oprona, Inc. Rosen USA, Inc., the employer plan fiduciary for the Rosen Plan.

55. Paychex Business Solutions LLC., the employer plan fiduciary for the Paychex Plan.

56. R & L Carriers Inc., the employer plan fiduciary for the R & L Plan.

57. Repsol USA Holdings Corporation, the employer plan fiduciary for the Repsol Plan.

58. Zions Bancorporation, N.A., the employer plan fiduciary for the Zions Plan.

59. Salesforce.com, Inc., the employer plan fiduciary for the Salesforce Plan.

60. SAP American Inc., the employer plan fiduciary for the SAP Plan.

61. SHI International Corp., the employer plan fiduciary for the SHI Plan.

62. Snap-On Incorporated, the employer plan fiduciary for the Snap-On Plan.

63. Technology Services Group, LLC., the employer plan fiduciary for the TSG Plan.

64. Tetra Tech, Inc., the employer plan fiduciary for the Tetra Plan.

65. The Friedkin Group Inc., the employer plan fiduciary for the Friedkin Plan.

66. Iron Mountain Incorporated, the employer plan fiduciary for the Iron Plan.

67. T-Mobile USA, Inc., the employer plan fiduciary for the T-Mobile Plan.

68. Torque Tools Inc., the employer plan fiduciary for the Torque Plan.

69. Transwestern Commercial Services, the employer plan fiduciary for the Transwestern Plan.

70. Trinet Group, Inc., the employer plan fiduciary for the Trinet Plan.

71. Trinity University, the employer plan fiduciary for the Trinity Plan.

72. United Airlines Inc., the employer plan fiduciary for the United Plan.

73. United Parcel Service of America, Inc., the employer plan fiduciary for the UPS Plan.

74. Walmart Inc., the employer plan fiduciary for the Walmart Plan.

75. William Marsh Rice University, the employer plan fiduciary for the WMRU Plan.

76. Wyndham Hotels & Resorts, the employer plan fiduciary for the Wyndham Plan.